**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 493 EAL 2018
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
:
MARCUS D. JORDAN, :
:
Petitioner :


## ORDER


**PER CURIAM**

    **AND NOW**, this 13th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.